*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                    522003
_____

In the Matter of the Claim of
     SAMANTHA L. ARRIAGA,
                         Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                         Respondent.
_____

Calendar Date:  May 3, 2016

Before:  Peters, P.J., McCarthy, Rose, Devine and Mulvey, JJ.

_____

     Samantha L. Arriaga, Rockhill, appellant pro se.

     Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

     Appeal from a decision of the Unemployment Insurance Appeal
Board, filed June 1, 2015, which ruled, among other things, that
claimant was disqualified from receiving unemployment insurance
benefits because she voluntarily left her employment without good
cause.

     Decision affirmed.  No opinion.

     Peters, P.J., McCarthy, Rose, Devine and Mulvey, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court